

**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK  10007

*SDNY/ NY NY*
*99-cv-12488*
*Kaplan*

Thomas  Asreen
ACTING CLERK

Date:                        1/9/07
Docket Number:      06-5427-cv
Short Title:            Faulkner v. National Geographic
DC Docket Number:  99-cv-12488
DC:                       SDNY (NEW YORK CITY)
DC Judge:             Honorable Lewis Kaplan



At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 9th day of  January, two thousand seven.

Faulkner v. National Geographic                        06-5427-cv(CON)


The *Civil Appeals Management Plan* of this court directs that within the (10) days after filing a Notice of Appeal, the appellant shall file and serve a Pre-Argument Statement (FORM C), order a transcript of the proceedings from the court reporter and file and serve a statement concerning same (FORM D),  pay docketing fee, and that in the event of default of any of these requirements the Clerk may dismiss the appeal without further notice.


The appellant herein not having so proceeded, upon consideration thereof  it is **ORDERED** that the appeal from the order of 9/18/2006  United States Court for the Southern District of New York  be,  and it hereby is **DISMISSED**.   Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.


For the Court,
Thomas  Asreen, Acting Clerk

By:  Eniola O. Ajayi
Deputy Clerk

A TRUE COPY
Thomas W. Asreen, Acting Clerk
by _____
DEPUTY CLERK

CERTIFIED:
1/9/2007