UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

DAVID HISER, et al.,

           Plaintiffs,

  -against-                                99 Civ. 12488 (LAK)

NATIONAL GEOGRAPHIC SOCIETY, et al.,

           Defendants.
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       As all claims in this action have been determined, the Clerk shall enter final judgment and close the case.

       SO ORDERED.

Dated:     July 9, 2008

                                                          Lewis A. Kaplan
                                                United States District Judge

[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 7/9/2008]